

COM.

v.

**GATES, T.**

**240 MDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–41–CR–0001358–2015 (Lycoming)

Affirmed

COM.

v.

**PIPER, T.**

**1189 MDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–22–CR–0004732–2015 (Dauphin)

Affirmed.

COM.

v.

**DARRINGTON, S.**

**1193 MDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–22–CR–0002322–1993
(Dauphin)

Affirmed

COM.

v.

**BORTZ, J.**

**1262 MDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–41–CR–0000617–2006 (Lycoming)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**JUSINO, R., Jr.**

**1376 MDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–36–CR–0000848–2015 (Lancaster)

Affirmed

**BR2D, LLC**

v.

**FEEKO, K. and Feeko, J.**

**1379 MDA 2016**

Superior Court of Pennsylvania.

04/12/2017

S–1721–13 (Schuylkill)

Affirmed

